## Ex parte MANSELL, Petitioner, v. R. L. FAULCONER.

**Division Two, November 14, 1911.**

This case is decided upon the authority of the case of Ex parte Welborn, *ante,* p. 297, with which it is identical as to all material facts.

### Habeas Corpus.

PETITIONER REMANDED.

*Walter L. Chaney* for petitioner.

*Jas. W. Suddath* and *N. M. Bradley* for respondent.

BLAIR, C.—This is a proceeding by writ of *habeas corpus* in which all the material facts are identical with those in the case in which A. N. Welborn is the petitioner (Ex parte Welborn, *ante,* p. 297). The cases were argued as one, and, for the reasons given in that case, the conclusion in this is that the petitioner must be remanded. *Roy, C.,* concurs.

PER CURIAM.—The foregoing opinion of BLAIR, C., is adopted as the opinion of the court. All the judges concur.